UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAS ANTHONY STAVRINIDES, <br><br> Plaintiff, <br><br> v. <br><br> PATRICK BRODERICK, et al., <br><br> Defendants. | Case No. 25-cv-04926-WHO <br><br> **ORDER DISMISSING CASE WITH PREJUDICE** <br><br> Re: Dkt. No. 45 |

On October 17, 2025, I granted defendants' motions to dismiss and dismissed pro se plaintiff Mr. Elias Stavrinides' complaint without prejudice. *See* Order on the Motions to Dismiss ("Prior Order") [Dkt. No. 40]. In the Prior Order, I dismissed defendants the State Bar of California and the Honorable Patrick Broderick with prejudice. *Id.* at 6–7.

On November 5, 2025, Mr. Stavrinides filed a Notice of Voluntary Dismissal Without Prejudice. Dkt. No. 42. Remaining defendants responded to the Notice, requesting dismissal with prejudice. Dkt. No. 44. Mr. Stavrinides did not file a response or opposition to defendants' request. Therefore, on November 18, 2025, I issued an Order to Show Cause requiring Mr. Stavrinides to file either "a first amended complaint addressing the insufficiencies detailed in my October 17, 2025, Order, or explain why dismissal without prejudice is appropriate given the allegations in the complaint that the Court has found insufficient to state a claim." Order to Show Cause [Dkt. No. 45] 2.

Mr. Stavrinides failed to respond to the Order to Show Cause. Therefore, this case is DISMISSED WITH PREJUDICE for the reasons outlined in the Prior Order and for failure to prosecute. The Clerk shall close this case.

**IT IS SO ORDERED.**

Dated: December 10, 2025



William H. Orrick
United States District Judge